FILED
U.S. DISTRICT COURT
2026 NOV 17 PM 1:25
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BRANDON C. MARTIN,<br>Defendant. | 8:26CR204<br><br>INDICTMENT<br>18 U.S.C. § 111(a)(1) & (b) |

The Grand Jury charges that:

**COUNT I**

On September 7, 2026, in the District of Nebraska, the Defendant, BRANDON C. MARTIN, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: Victim 1, a Veterans Affairs Police Officer, who was engaged in official duties, and used a dangerous weapon, to wit: his teeth, and inflicted bodily injury, to wit: a bite that caused Victim 1 to bleed.

In violation of Title 18, United States Code, Section 111(a)(1), and subject to sentencing under Title 18, United States Code, Section 111(b).

**COUNT II**

On September 7, 2026, in the District of Nebraska, the Defendant, BRANDON C. MARTIN, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: Victim 2, a Veterans Affairs Registered Nurse, who was engaged in official duties, and inflicted bodily injury, to wit: a sprained finger.

In violation of Title 18, United States Code, Section 111(a)(1), and subject to sentencing under Title 18, United States Code, Section 111(b).

**COUNT III**

On September 7, 2026, in the District of Nebraska, the Defendant, BRANDON C. MARTIN, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: Victim 3, a Veterans Affairs Nurse Assistant, who was engaged in official duties, and inflicted bodily injury, to wit: a scratch that drew blood.

In violation of Title 18, United States Code, Section 111(a)(1), and subject to sentencing under Title 18, United States Code, Section 111(b).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

COLIN P. SNIDER, #27724
Assistant U.S. Attorney